AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| COVE ASSOCIATES JOINT VENTURE ) <br> *Plaintiff* ) <br> v. ) <br> KATHLEEN SEBELIUS ) <br> *Defendant* ) | Civil Action No. 10-1316 (BJR) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Judgment is entered in part for Plaintiff Cove Associates Joint Venture and in part for Defendant Kathleen Sebelius; and it is FURTHER ORDERED that this case is remanded to the agency for further proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Barbara J. Rothstein on a motion for Summary Judgment by Plaintiff and Defendant.

Date: 03/27/2012

ANGELA D. CAESAR, CLERK OF COURT

Tonya T. Hightower /s/
*Signature of Clerk or Deputy Clerk*