AO 450 (Rev. 01/09; DC-03/10)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| COVE ASSOCIATES JOINT VENTURE | ) |
| *Plaintiff* | ) |
| v. | ) |
| KATHLEEN SEBELIUS | ) |
| *Defendant* | ) |

Civil Action No.   10-1316 (BJR)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Judgment is entered in part for Plaintiff Cove Associates Joint Venture and in part for Defendant Kathleen
Sebelius; and it is FURTHER ORDERED that this case is remanded to the agency for further proceedings.
.

This action was *(check one)*:

❐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   Barbara J. Rothstein _____ on a motion for
Summary Judgment by Plaintiff and Defendant.

Date:   03/27/2012 _____

*ANGELA D. CAESAR, CLERK OF COURT*

Tonya T. Hightower /s/ _____
*Signature of Clerk or Deputy Clerk*